UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| JASON FREDRICK MEIER | CASE NO. 08-10614 |
| DEBRA KAY MEIER | CHAPTER 7 |
| DEBTOR(S). | |

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #5 of Credit First
> Account number: 7772
> Claimed amount: $692.16
> Pro rata distribution: $3.58

> Claim #7 of GE Money Bank
> Account number: 8397
> Claimed amount: $569.26
> Pro rata distribution: $2.95

> Claim #10 of Chase Bank
> Account number: 1744
> Claimed amount: $420.35
> Pro rata distribution: $2.17

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  September 3, 2010            /s/ Mark A. Warsco
                                     Mark A. Warsco, Trustee
                                     P.O. Box 11647
                                     Fort Wayne, IN  46859-1647
                                     Telephone:  (260) 469-0256
                                     e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 3, 2010:

| | |
|---|---|
| STEVEN J. GLASER<br>Glaser.Bankruptcy@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Credit First NA<br>P O Box 818011<br>Cleveland OH 44181 | GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>Recovery Management Systems Corporation<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | /s/ Mark A. Warsco<br>Mark A. Warsco, Trustee |